Samuel A. WILDER, Petitioner–Appellant,

v.

Doug CATOE, Director of South Carolina Department of Corrections; Charles M. Condon, Attorney General of South Carolina, Respondents–Appellees.

No. 02–6397.

United States Court of Appeals, Fourth Circuit.

Submitted April 18, 2002.

Decided April 30, 2002.

Samuel A. Wilder, Appellant Pro Se. Donald John Zelenka, Chief Deputy Attorney General, Columbia, South Carolina, for Appellees.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Samuel A. Wilder seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Wilder v. Catoe*, No. CA–00–3257 (D.S.C. Feb. 8, 2002). We further deny Wilder's motion for a preliminary injunction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*